To: Honorable Judge Spero

FR: Shania Raman

Date: March 16, 2009

Re: Case Number C0804702

**FILED**

MAR 1 7 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I am writing this letter to inform you that I will not be able to appear in court on Friday March 20th at 1:30pm. I recently started a new job at Family Housing and Adult Resources (FHAR), in San Mateo. My probation period ends in three months, until then, I am unable to take days off from work.

I am requesting to appear by phone; I can be reached at (510) 461-3807. I spoke to Karen Hom on 3/16 at 8:30am, she informed me to fax this request. Thank you and I apologize for any inconvenience.

Shania Raman

Dated: 3/17/09



IT IS SO ORDERED

Judge Joseph C. Spero

**RECEIVED**

MAR 1 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA