```
 1  ALFRED LAM, SHANIA RAMAN, FRANK CHEN, PAULA LEIATO, &
    GREGORY CHIN
 2  P.O. Box 16376
    San Francisco, CA  94116
 3  T:(415)992-0071
 4  In Pro Per
```

FILED
JUL 17 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED LAM, SHANIA RAMAN, FRANK CHEN, PAULA LEIATO, and GREGORY CHIN,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, a municipality and political subdivision of the State of California, TIMOTHY DIESTEL, DENNIS DOYLE, ALFRED FLECK, CHARLES LEWIS, ALLEN NANCE, JOHN RADOGNO, WAYNE WILLIAMS, and BARRY YOUNG,<br><br>Defendants. | Case No.: C 08 4702 PJH<br><br>**PETITION FOR SUBSTITUTION OF ATTORNEY OF RECORD AND ORDER THERETO.** |

///////

///////

///////

///////

SUBSTITUTION OF ATTORNEY OF RECORD - 1

Plaintiffs, Alfred Lam, Shania Raman, Frank Chen, Paula Leiato, and Gregory Chin hereby request the Court to approve the substitution of Evgenii Sverdlov as their attorney of record. Prior to the substitution, Plaintiffs were represented in pro per.

All Plaintiffs consent to this substitution.

Dated: July 14, 2009  *Alfred Lam*
                      Plaintiff ALFRED LAM

Dated: July 14, 2009  *Shania Raman*
                      Plaintiff SHANIA RAMAN

Dated: July 14, 2009  _____
                      Plaintiff FRANK CHEN

Dated: July 14, 2009  *Paula Jothany Leiato*
                      Plaintiff PAULA LEIATO

Dated: July 14, 2009  _____
                      Plaintiff GREGORY CHIN

////////
////////
////////
////////

SUBSTITUTION OF ATTORNEY OF RECORD - 2

Evgenii Sverdlov, as the counsel substituting in, consents to this substitution. Attorney Evengii Sverdlov (SBN: 262447) will be the new attorney of record for the Plaintiffs. Mr. Sverdlov's contact information is as follows: 564 Market Street, Suite 608, San Francisco, CA 94104; Telephone (415) 986-1450; Facsimile (415) 329-1709; and email sverdlov@casehunt.com

DATED: July 14, 2009

By: _____
Evgenii Sverlov

**ORDER**

The Court hereby orders that the request of Plaintiffs ALFRED LAM, SHANIA RAMAN, FRANK CHEN, PAULA LEIATO, and GREGORY CHIN to substitute Evgenii Sverdlov (SBN: 262447), 564 Market Street, Suite 608, San Francisco, CA 94104; Telephone (415) 986-1450; Facsimile (415) 329-1709; and email sverdlov@casehunt.com, as Attorney of Record in place and stead of representation in pro per is hereby **GRANTED**.

**IT IS SO ORDERED.**

DATED: July ___, 2009

By: _____
Honorable Phyllis J. Hamilton
United States District Judge