DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
LAUREN M. MONSON, State Bar #242819
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3856
Facsimile:      (415) 554-4248
E-Mail:          lauren.monson@sfgov.org

Attorney for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
TIMOTHY DIESTEL, DENNIS DOYLE, ALFRED FLECK, CHARLES LEWIS, ALLEN NANCE,
JOHN RADOGNO, WAYNE WILLIAMS, and BARRY YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED LAM, SHANIA RAMAN, FRANK CHEN, PAULA LEIATO, and GREGORY CHIN,<br><br>Plaintiff(s),<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, a municipality and political subdivision of the State of California, JUVENILE PROBATION DEPARTMENT, TIMOTHY DIESTEL, DENNIS DOYLE, ALFRED FLECK, CHARLES LEWIS, ALLEN NANCE, JOHN RADOGNO, BRYAN THOMASSON, WAYNE WILLIAMS, BARRY YOUNG, and JOHN DOES 1-10 in their individual and professional capacities, | Case No. C 08-4702 PJH<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Courtroom:   Oakland, 3rd floor, Room 3<br>Judge:             Hon. Phyllis J. Hamilton<br><br>Action Filed:    October 6, 2008<br>Trial Date:       None set |

IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

1)      A further Case Management Conference is currently set for November 5, 2009.

2)      There is good cause to continue the Case Management Conference one week, to the date of November 12 because : (a) The City's counsel in this matter, Lauren Monson, is currently in

1  the middle of a three day grievance arbitration.  The arbitration was originally set for one day,

2  October 20, 2009.  At the end of the first day of hearing, the Arbitrator subsequently set two

3  additional days for arbitration, November 5 and November 6.  At the time the additional dates were

4  set, Ms. Monson did not realize it conflicted with the November 5 case management conference.  Ms.

5  Monson has attempted to continue the arbitration without response from opposing counsel; (b) Due to

6  the complex nature of this case, Ms. Monson does not feel it is appropriate to have another attorney

7  appear for her at the Case Management Conference on November 5; and (c) There are two pending

8  motions to dismiss, motions to sever and motions for a more definitive statement filed by Defendants

9  in this action.  One motion filed by defendants the City, Timothy Diestel, Dennis Doyle, Alfred

10 Fleck, Charles Lewis, Allen Nance, John Radogno, Wayne Williams and Barry Young, and the

11 second filed by defendant Bryan Thomasson.  Defendants believe the outcome of these motions may

12 significantly impact the scheduling and planning of this case and thus it may be more useful to have a

13 ruling on these motions before the next CMC conference.

14    3)  The parties stipulate to a one week continuance of the Case Management Conference,

15 to the date of November 12 at 2:30 p.m., and request that the Court enter an order consistent with this

16 stipulation.

17 Dated: 10/30/09

               By: /s/ Lauren M. Monson
                 LAUREN M. MONSON
                 Attorneys for Defendants
                 CITY AND COUNTY OF SAN FRANCISCO,
                 TIMOTHY DIESTEL, DENNIS DOYLE, ALFRED
                 FLECK, CHARLES LEWIS, ALLEN NANCE, JOHN
                 RADOGNO, WAYNE WILLIAMS, AND BARRY
                 YOUNG

Dated: 10/30/09

               By: /s/ Geoffrey Gordon-Creed
                 GEOFFREY GORDON-CREED
                 Attorney for Defendant, BRYAN THOMASSON

Dated: 10/30/09

               By: /s/ Evgenii Sverdlov
                 EVGENII SVERDLOV
                 Attorney for Plaintiffs

1       PURSUANT TO STIPULATION, IT IS SO ORDERED:

2       The further Case Management Conference set for November 5 is continued ~~one week~~ to the
        January 7, 2010 at 2:00 p.m.
3    date of ~~November 12, 2009 at 2:30 P.M.~~

4

5       Dated: 11/4/09

6                                                    _____
7                                                    THE HON.  ...LIS HAMILTON
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEF. STIP TO CONT. CMC                    3                         n:\labor\li2009\091257\00591080.doc
CASE NO.  **C 08-4702 PJH**