UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED LAM, et al.,

        Plaintiff(s),

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendant(s).

_____/

No. C 08-4702 PJH

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

        The parties' request to be relieved of the requirement for filing an updated case management statement until after the court rules on the pending motions to dismiss, is GRANTED.  The January 7, 2010 case management conference is continued to January 21, 2010 at 2:30 p.m.  The court anticipates that the motions will be decided in advance of the conference.

        **IT IS SO ORDERED.**

Dated: January 4, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge