UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED LAM, et al.,

    Plaintiffs,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
_____/

No. C 08-4702 PJH

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

Before the court is a Motion to Withdraw as Counsel for Plaintiffs, filed by Evgenii Sverdlov and Nicholas Zeltzer ("movants") in the above-captioned matter pursuant to L.R. 11-5(a). Having reviewed the parties' papers, and good cause appearing, the court hereby finds and ORDERS as follows:

    1.    Movants having been terminated as counsel by plaintiffs, movants' motion to withdraw as counsel is GRANTED. Evgenii Sverdlov and Nicholas Zeltzer are hereby terminated as counsel for plaintiffs Alfred Lam, Frank Chen, Gregory Chin, and Paula Leiato.

    2.    Plaintiffs Lam, Chen, Chin, and Leiato are substituted in pro per.

    3.    The pretrial schedule entered by order filed June 1, 2010 remains in effect. The February 16, 2011 hearing date for the motion to withdraw is VACATED.

**IT IS SO ORDERED.**

Dated: February 11, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge