UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED LAM, et al.,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
_____/

No. C 08-4702 PJH

**ORDER DENYING MOTION TO DEMAND DEFENDANTS' COUNSEL TO TEMPORARILY POSTPONE DISCOVERY**

    The court is in receipt of plaintiffs' motion to demand defendants' counsel to temporarily postpone any further discovery, and defendants' opposition thereto.

    Plaintiffs' request for an extension of discovery deadlines and/or a suspension of discovery is DENIED, since, for the reasons advanced by defendants, plaintiffs have failed to present any good cause justifying the grant of such a request. Plaintiffs are further instructed to file with the court a statement containing all plaintiffs' contact information, no later than **April 18, 2011**. However, as plaintiffs now proceed in pro per, they are not required to comply with electronic case filing requirements.

**IT IS SO ORDERED.**

Dated: April 5, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge