UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED LAM, et al.,

        Plaintiff(s),

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendant(s).
_____/

No. C 08-4702 PJH

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

A Further Case Management Conference shall be held on May 12, 2011, at 2:00 p.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California. The purpose of the conference is to discuss plaintiff's motion for administrative relief from the pretrial schedule.

**SO ORDERED.**

Dated: May 3, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge