UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED LAM, et al.,

    Plaintiffs,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
_____/

No. C 08-4702 PJH

**JUDGMENT**

This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant's motion for summary judgment

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: April 13, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge